UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WENDY PATRICE WYNTER,

                                      Plaintiff,

    -against-

HAVEN MANOR HEALTH CARE
CENTER, LLC d/b/a HAVEN MANOR HEALTH
CARE CENTER, ARON CYTRYN, AND
NANCY BARELLO

                                      Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 13 2018 ★

BROOKLYN OFFICE

Case No.: CV-16-04089
(ILG)(RER)

## STIPULATION OF DISCONTINUANCE

It is hereby stipulated by and between the attorneys for the Plaintiff and the Defendants that the above referenced matter be discontinued, with prejudice.

Clifford P. Chaiet
Naness, Chaiet & Naness LLC
Attorneys for Defendants
375 North Broadway, Suite 202
Jericho, New York 11753
Tel. (516) 827-4300

Dated: January 31, 2018

Danielle De Voe
Weinstein, Kaplan & Cohen
Attorneys for Plaintiff
1325 Franklin Avenue, Suite 210
Garden City, New York 11530
Tel. (516) 877-2525

Dated: January 31 2018

SO ORDERED:

United States District Judge
United States District Court
Eastern District of New York

2/13/18